IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK W. HARRINGTON,

    Plaintiff,

v.

BENNETT CHRISTOPHERSON, et al.,

    Defendants.

Case No. 3:13-cv-01175 NC

**ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY**

On August 19, 2013, counsel for defendant Bennett Christopherson filed a request for William Seo, the representative from HCC Specialty, to appear telephonically at the Settlement Conference set for August 27, 2013 at 1:00 p.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. William Seo shall stand by beginning at the date and time above until called by the Court and remain available for the duration of the settlement conference.

Dated: August 20, 2013

    NATHANAEL COUSINS
    United States Magistrate Judge